# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Shawn Duane Lokken,

    Plaintiff,

v.

Warden Lino Lakes, et al.,

    Defendants.

Case No. 23-cv-2714 (KMM/DTS)

**ORDER**

Before the Court is the April 23, 2024 Report and Recommendation ("R&R") of United States Magistrate Judge David T. Schultz. [R&R, ECF No. 55]. The R&R recommends that Shawn Duane Lokken's matter [ECF No. 1] be dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute. Mr. Lokken did not object to the R&R, nor has he responded to the two motions to dismiss filed by the Defendants in this matter—as ordered by Judge Schultz on February 29, 2024 [ECF No. 54], and the time to do so has passed.

In the absence of timely objections to the R & R, this Court reviews an R & R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R & R, the Court finds no clear error.

Accordingly, **IT IS HEREBY ORDERED**:

1. Magistrate Judge David T. Schultz's April 23, 2024 R&R [ECF No. 55] is **ACCEPTED**; and

2. Petitioner Shawn Duane Lokken's matter [ECF No. 1] is **DISMISSED without prejudice** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**Let Judgment be entered accordingly**.

Date: June 17, 2024             *s/Katherine Menendez*
                                               Katherine Menendez
                                               United States District Court